**Order entered November 14, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00557-CR

**ANTONIO JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-80497-2018**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine why appellant's brief had not been filed. On November 12, 2018, appellant filed his brief along with a motion to extend time to file the same. In the interest of expediting this appeal and because the trial court has not yet held a hearing, we **VACATE** our October 24, 2018 order to the extent it ordered a hearing and required findings. We **GRANT** appellant's motion and **ORDER** his brief filed as of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Dan Wilson, Presiding Judge, County Court at Law No. 5; to counsel Kristin Brown; and to the Collin County District Attorney.

The State's brief is **DUE** thirty days from the date of this order.

/s/ CRAIG STODDART
   JUSTICE